UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILLARY JAYNES, ANTHONY OLIVER, BERNADETTE MARTIN and BRYAN HUEY on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., <br><br> Defendants. | No. 1:15-cv-1598-NGG-RER <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |
| JAMES EATON, PAUL KASHISHIAN, GIANNA VALDES, CHAD TINTROW and MATTHEW MORIARTY on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., <br><br> Defendants. | No. 1-15-cv-1770-NGG-RER <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |
| SHAWN O'KEEFE, FRANCISCO ROBLETO, JR., and MICHAEL THOMAS REID on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., <br><br> Defendants. | No. 1:15-cv-1910-NGG-RML <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |

1

| | |
|---|---|
| MARYLI TIEMANN on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., <br><br> Defendants. | No. 1:15-cv-2507-NGG-RER <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |
| ANDREW AMEND, IGOR GELMAN, SUSAN BURDETTE, and ZACHARY DRAPER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., <br><br> Defendants. | No. 1:15-cv-3554-NGG-RER <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |
| STEPHANIE BRIDGES, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., <br><br> Defendants. | No. 1:15-cv-3756-NGG-RER <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned actions hereby voluntarily dismiss the above-captioned actions against all defendants, without prejudice. As no defendant has filed an answer or motion for summary judgment in any of the above-captioned actions, leave of the Court is not required. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 18, 2016

Christopher Lovell
Gary S. Jacobson
**LOVELL STEWART HALEBIAN JACOBSON LLP**
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 718-4775
Email: CLovell@lshllp.com

*Court-Appointed Interim Plaintiffs' Liaison Counsel*

Joseph J. Tabacco, Jr.
Todd Seaver
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com

Gordon Ball
Donald Dougherty
**GORDON BALL PLLC**
7001 Old Kent Drive
Knoxville, TN 37919
Telephone: (865) 525-7028
Facsimile: (865) 525-4679
Email: gball@gordonball.com

*Court-Appointed Interim Co-Chairs of Plaintiffs' Executive Committee, on Behalf of Plaintiffs in the Consolidated Actions*

3

Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile:  (312) 676-2676
Email: mmiller@millerlawllc.com

Jay B. Shapiro
Samuel O. Patmore
**STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
    SITTERSON, P.A.**
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile:  (305) 789-3395
Email: jshapiro@stearnsweaver.com
        spatmore@stearnsweaver.com

Jared Stamell
**STAMELL & SCHAGER LLP**
555 Fifth Avenue, 14th Floor
New York, NY 10017
Telephone: (212) 566-4047
Facsimile:  (212) 566-4061
Email: stamell@ssnyc.com

Simon B. Paris
Patrick Howard
**SALTZ MONGELUZZI BARRETT &
    BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282
Facsimile:  (215) 496-0999
Email: sparis@smbb.com
        phoward@smbb.com

4

Roberta D. Liebenberg
**FINE, KAPLAN & BLACK, R.P.C.**
One South Broad Street, Suite 2300
Philadelphia, PA 19107
Telephone: (215) 567-6565
Facsimile: (215) 568-5872
Email: rliebenberg@finekaplan.com

Eric D. Barton
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372
Email: ebarton@wellp.com

Kim E. Miller
**KAHN SWICK & FOTI, LLC**
250 Park Avenue, Suite 2040
New York, New York 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

*Counsel for Plaintiffs and the Putative Classes,
and Members of Plaintiffs' Executive
Committee*

Christopher S. Shank
**SHANK & MOORE, LLC**
Suite 100
1968 Shawnee Mission Parkway
Mission Woods, Kansas 66205
Telephone: (816) 471-0909
Facsimile: (816) 471-3888
Email: chris@shankmoore.com

*Counsel for Plaintiff Stephanie Bridges*

So ordered.

s/Nicholas G. Garaufis

10/18/16

5